# TEXAS COURT OF APPEALS, THIRD DISTRICT, AT AUSTIN

## JUDGMENT RENDERED SEPTEMBER 6, 2013

## NO. 03-13-00569-CV

### WC Paradise Cove Marina, LP; World Class Capital Group, LLC; WC Paradise Cove GP, LLC; and Natin Paul, Petitioners

**v.**

### Jordan Herman, Michael Whittington and Deborah Whittington, Respondents

PETITION FOR PERMISSIVE APPEAL FROM 419TH DISTRICT COURT OF
TRAVIS COUNTY
BEFORE JUSTICES PURYEAR, ROSE AND GOODWIN
PETITION FOR PERMISSIVE APPEAL DENIED -- OPINION BY JUSTICE PURYEAR

**BE IT REMEMBERED** that on this day came on to be considered petitioners' petition for permissive appeal, and the Court having considered the same, and being of the opinion that the petition should be denied: **IT IS THEREFORE** considered, adjudged and ordered that the petition for permissive appeal is denied in accordance with the opinion of this Court. It is **FURTHER** ordered that the petitioners pay all costs relating to this petition, both in this Court and the court below; and that this decision be certified below for observance